**YSABELLE NACHACK**

Address**:  PO Box 612421 San Jose, CA 95161**

Phone Number**: 408-896-2689**

Emai**l:  inachack@yahoo.com**

Plaintiff Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YSABELLE NACHACK** | ) Case N**o.: 5:24-CV-00027-SVK** |
| | ) |
| Plaintiff(s), | ) **Plaintiff's Witness Testimony Statement** |
| | ) |
| vs. | ) |
| | ) |
| **WALMART INC., A Delaware Corporation** | ) **Case Assigned to: Magistrate Judge Susan van Keulen** |
| | ) |
| Defendant(s). | ) |
| | ) |
| | Complaint Filed: February 1, 2023 |
| | Trial Date: August 18, 2025 |

## DECLARATION OF YSABELLE NACHACK IN SUPPORT OF PLAINTIFF'S CASE

I, **Ysabelle Nachack**, declare and testify as follows:

1. I am the plaintiff in the above-captioned matter and make this declaration based on my personal knowledge. If called as a witness at trial, I could and would testify competently to the facts stated herein.

2. On **October 30, 2022**, I purchased hair coloring online through Walmart. When I received the item, the color was not what I had ordered.

3. On **November 15, 2022**, between approximately **10:00 AM and 11:30 AM**, I visited **Walmart Store #301 located at 301 Ranch Drive, Milpitas, California**. I was accompanied by a friend and intended to exchange the incorrect item or request a store credit.

4. I approached the customer service counter and politely asked the clerk for help with the exchange. I presented my **cell phone** showing the **online purchase receipt**, with a clear display of the **order number**, **item details**, and **pictures of the items I purchased using my credit card**.

5. I informed the clerk that the purchase was made online and that I had the proper receipts. Despite this, the clerk refused to assist and instructed me to call online customer service.

6. I called online customer service immediately while still standing at the customer service counter. I informed the clerk that I was on the phone with them. I also asked to speak with a store manager.

7. A manager came out from the office. I calmly and politely explained my situation again: I had ordered online, had proper receipts, and simply wanted to exchange the item. The manager did not ask to view my receipt or inspect the bag I had in my hand.

8. Instead, she abruptly told me to "**go talk outside**." As I attempted to clarify my situation, she suddenly and **aggressively grabbed my bag**, yanked it from my hand, and loudly accused me of stealing, shouting "**You're stealing it!**"

9. I was **shocked and humiliated**. I immediately stated that I had paid for the items and had proof of purchase. I asked her to return my bag. She refused and said she would call the police. I encouraged her to do so because I had done nothing wrong.

10. I reached for my bag and retrieved it. She continued to shout, "**Get out! Get out!**" loudly and repeatedly. Another Walmart employee joined in, also yelling "**Get out!**"

11. Fearing further physical harm, I backed away and left the store area, continuing to assert that I had not stolen anything and had proof of purchase.

12. As a result of the incident, I suffered **physical injuries**, including **bruises and scratches on my hand**, as well as **back pain** from the forceful grab. I was emotionally shaken, **deeply embarrassed**, **distressed**, and **traumatized** by being falsely accused of theft in public.

13. My friend, **Joshua**, who had been shopping in the store during the incident, met me at my car. I was too traumatized to speak, so he called Walmart's corporate Ethics Department within 10 minutes of the incident.

14. We spoke to a representative named **Juliet**, who took our report and issued a **case reference number: WMT22117877**. I requested that

Walmart **preserve and provide the video surveillance footage** of the incident. I also provided my **telephone number and email address** to be contacted for follow-up.

15. On **November 17, 2022**, I received an email from Walmart confirming that an investigation would be conducted. However, despite three additional follow-up calls I made, no one from Walmart contacted me further.

16. Eventually, Walmart admitted that they **did not retain the video footage**, despite my early and repeated requests. I believe this footage would have clearly shown that I was not acting aggressively, had proof of purchase, and was falsely accused and physically confronted by Walmart employees.

17. I intend to request that the Court **draw an adverse inference** from Walmart's failure to preserve evidence that was fully under their control and crucial to my case.

18. I bring this action not only to seek damages for my **physical injuries** and **emotional trauma**, but also because I believe Walmart employees **violated my civil rights** through **unreasonable seizure**, **false accusation**, and **public defamation**, all in a manner inconsistent with the protections afforded under federal and state law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: August 10, 2025

_____
YSABELLE NACHECK

Pro Se Plaintiff